AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 5/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street<br>Room C-255<br>New Orleans, Louisiana 70130 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New Orleans Chapter Federal Bar Association |
| 2. Board Member | Tulane Law Institute National Advisory Board |
| 3. Adjunct Faculty | Tulane Law School |
| 4. Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE
2010 MAY 13 P 3:34
RECEIVED

Vance, Sarah S.

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | March 21-24, 2009 | New York, New York | Speaker | Travel, lodging, meals |
| 2. | American Bar Association, Section of Antitrust Law | March 25-27, 2009 | Washington, D.C. | Speaker | Travel, lodging, meals |
| 3. | American Constitution Society | June 18-19, 2009 | Washington, D.C. | Speaker | Travel, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1, Merrill Lynch New Orleans: | | | | | | | | | |
| 2. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 4. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 5. --Lord Abbett Global FD EQ SR CL A | A | Dividend | J | T | | | | | |
| 6. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. IRRA #2, Rollover Merrill Lynch: | | | | | | | | | |
| 9. --Merrill Lynch USA Rasp | A | Dividend | J | T | | | | | |
| 10. --Blackrock Fundamental Growth FD INC B | A | Dividend | J | T | | | | | |
| 11. --Putnam International Equity FD CL A | B | Dividend | L | T | | | | | |
| 12. --Oppenheimer Global Opp FD SBI | B | Dividend | L | T | | | | | |
| 13. --Munder Small Cap Value CL B | A | Dividend | K | T | | | | | |
| 14. --Columbia Marsico Focused Equities FD B | A | Dividend | K | T | | | | | |
| 15. --Davis NY Venture FD B | A | Dividend | K | T | | | | | |
| 16. --Blackrock Value Opport Fund Inc B | A | Dividend | K | T | | | | | |
| 17. --Davis NY Venture FD A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Massachusetts Investors Growth Stock FD CL A | A | Dividend | K | T | | | | | |
| 19. --ING International Small Cap Multimmanager FD CL A | A | Dividend | K | T | | | | | |
| 20. --Blackrock Fundamental Growth FD INC A | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. IRA #3, Merrill Lynch New Orleans: | | | | | | | | | |
| 23. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 24. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 25. --Lord Abbett Developing Growth FD CL A | A | Dividend | J | T | | | | | |
| 26. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 27. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 28. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. Profit Sharing Retirement Plan - Fidelity Invest. Account | | | | | | | | | |
| 31. --Low Price Stock K F/N/A Low Price Stock Fund | B | Dividend | M | T | | | | | |
| 32. --Ret Gov't (Money Market Fund) | A | Dividend | L | T | | | | | |
| 33. --Oakmark Int Fund | | | | | Sold | 01/30/09 | L | A | |
| 34. --Baron Growth | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. —Fidelity Growth Company K F/N/A Fidelity Growth Company | A | Dividend | N | T | | | | | |
| 36. —Davis NY Venture Y F/N/A Davis NY Venture A | A | Dividend | N | T | | | | | |
| 37. --Harbor Intl Inst | B | Dividend | M | T | Buy | 01/30/09 | L | | |
| 38. | | | | | | | | | |
| 39. Cash Management Account, Merrill Lynch: | | | | | | | | | |
| 40. --Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 41. --Eaton Vance Tax Div Inc. | A | Dividend | J | T | | | | | |
| 42. --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Child's Trust, Merrill Lynch: | | | | | | | | | |
| 45. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 46. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 47. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 48. —Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |
| 49. —Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. IRRA #4, Rollover Merrill Lynch: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Cash | A | Dividend | J | T | | | | | |
| 53. --RETIRMENT RESERVES CL I | | | | | Sold | 05/05/09 | J | | |
| 54. --AMERICAN CENTURY NEW OPPORTUNITIES II INVESTOR | A | Dividend | K | T | Buy | 06/23/09 | K | | |
| 55. | | | | | Buy (add'l) | 09/18/09 | J | | |
| 56. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 57. | | | | | Sold (part) | 09/18/09 | J | A | |
| 58. --BRANDYWINE BLUE FUND | | | | | Sold | 05/05/09 | L | | |
| 59. | | | | | Sold | 06/23/09 | L | A | |
| 60. --JOHN HANCOCK LARGE CAP EQUITY FD CL I | | | | | Sold | 05/05/09 | K | A | |
| 61. --LORD ABBETT SMALL CAP VALUE CL A | A | Dividend | K | T | Sold (part) | 09/18/09 | J | A | |
| 62. | | | | | Sold (part) | 05/05/09 | J | A | |
| 63. | | | | | Buy | 06/23/09 | J | | |
| 64. --BLACKROCK LARGE CAP VALUE FD INSTL | | | | | Sold | 05/05/09 | K | A | |
| 65. | | | | | Buy (add'l) | 02/22/09 | K | | |
| 66. --MFS RESEARCH INTL FUND CLASS A | | | | | Sold | 05/05/09 | K | A | |
| 67. --COLUMBIA MARSICO GROWTH FD CL A | | | | | Sold | 05/05/09 | L | A | |
| 68. --TOUCHSTONE LARGE CAP GROWTH FD CL A | | | | | Sold | 05/05/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --THORNBURG INTERNATIONAL VALUE FUND CL I | | | | | Sold | 05/05/09 | K | A | |
| 70. —ARTIO INTERNATIONAL EQUITY FUND II CL I | | | | | Sold | 05/05/09 | K | A | |
| 71. —EATON VALUE LARGE CAP VALUE FUND CL I | A | Dividend | K | T | Sold (part) | 09/18/09 | J | A | |
| 72. | | | | | Buy | 05/05/09 | K | | |
| 73. | | | | | Buy | 06/23/09 | K | | |
| 74. —HARTFORD CAPITAL | A | Dividend | L | T | Buy | 05/05/09 | L | | |
| 75. | | | | | Buy | 06/23/09 | J | | |
| 76. | | | | | Sold (part) | 09/18/09 | J | B | |
| 77. | | | | | Sold (part) | 11/05/09 | J | B | |
| 78. —HENDERSON INTERNATIONAL | A | Dividend | L | T | Buy | 09/18/09 | J | | |
| 79. | | | | | Buy | 05/05/09 | K | | |
| 80. | | | | | Sold | 06/23/09 | J | A | |
| 81. | | | | | Buy | 11/06/09 | J | | |
| 82. —JANUS FORTY FUND CL I | A | Dividend | L | T | Sold (part) | 09/18/09 | J | A | |
| 83. | | | | | Buy | 05/05/09 | L | | |
| 84. | | | | | Buy | 06/23/09 | J | | |
| 85. | | | | | Sold (part) | 11/05/09 | K | C | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --JENNISON MD CAP | A | Dividend | K | T | Sold (part) | 09/18/09 | J | A | |
| 87. | | | | | Buy | 06/23/09 | J | | |
| 88. | | | | | Buy | 05/05/09 | J | | |
| 89. --LAZARD EMERGING MKTS | B | Dividend | K | T | Buy | 09/18/09 | K | | |
| 90. | | | | | Buy | 11/6/09 | J | | |
| 91. --LORD ABBETT SMALL CAP | A | Dividend | K | T | Sold (part) | 09/18/09 | J | A | |
| 92. | | | | | Sold | 05/05/09 | J | A | |
| 93. | | | | | Buy | 06/23/09 | J | | |
| 94. --MAINSTAY LARGE CAP | A | Dividend | L | T | Buy | 09/18/09 | J | | |
| 95. | | | | | Buy | 09/18/09 | K | | |
| 96. | | | | | Buy | 05/05/09 | K | | |
| 97. | | | | | Sold (part) | 09/18/09 | J | B | |
| 98. | | | | | Sold (part) | 11/05/09 | J | A | |
| 99. --MFS VALUE FD CL I | A | Dividend | K | T | Buy | 09/18/09 | J | | |
| 100. | | | | | Sold | 06/23/09 | J | A | |
| 101. | | | | | Buy | 05/05/09 | K | | |
| 102. --NUVEEN TRDWD INTERNATIONAL | A | Dividend | K | T | Buy | 09/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 05/05/09 | K | | |
| 104. | | | | | Buy | 06/23/09 | J | | |
| 105. | | | | | Sold (part) | 11/05/09 | J | B | |
| 106. --VICTORY DIVERSIFIED | A | Dividend | K | T | Buy | 11/05/09 | K | | |
| 107. --HARBOR INTERNATIONAL FUND INVESTOR CL | | | | | Buy | 05/05/09 | K | | |
| 108. | | | | | Sold | 06/23/09 | K | A | |
| 109. | | | | | | | | | |
| 110. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. J.P. Morgan Securities Corporation, F/K/A Bank One | | | | | | | | | |
| 113. --JP Morgan Tax Free Money Market, | A | Dividend | J | T | | | | | |
| 114. -- F/K/A Daily Tax Exempt Money FD SH Ben Int | | | | | | | | | |
| 115. --JP Morgan Treasury Plus Money (Y) | A | Dividend | J | T | | | | | |
| 116. -- F/K/A Daily Tax Exempt Money FD SH Ben Int | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. Judicial & Justice Federal Credit Union (X) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 5/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544